

# internet
## LAW GROUP PLLC

4121 WILSON BOULEVARD, SUITE 101 • ARLINGTON, VIRGINIA 22203 • www.i-lawgroup.com • tel.703.243.8100 • fax.703.243.8162

RECEIVED

2007 APR 26  P 2: 32

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

April 26, 2007

**Via Hand Delivery**

Clerk of the Court – Civil Division, EDVA
401 Courthouse Square
Alexandria, VA 22314-5704

Re:   Project Honey Pot v. John Does Injuring PHP and its Members By Harvesting Email Addresses, Transmitting Spam, And Posting Comment Spam (1:07CV419)

Dear Clerk:

   Please find enclosed a check of $350 for the filing fee for the Complaint in the above case. The Complaint was filed mistakenly without the filing fee this morning.

   If you have any questions or concerns, please contact me at 703-243-8102.

   Thank you for your assistance.

                                             Very truly yours,

                                             Jon Praed

                                             Jon L. Praed
                                             Internet Law Group

Enclosures