```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100000506
Cashier ID: fcansler
Transaction Date: 04/26/2007
Payer Name: INTERNET LAW GROUP, PLLC
-------------------------------------
CIVIL FILING FEE
 For: INTERNET LAW GROUP, PLLC
 Amount:         $350.00
-------------------------------------
CHECK
 Check/Money Order Num: 2584
 Amt Tendered: $350.00
-------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

NEW SUIT  07CV419
```