## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA FILED
#### ALEXANDRIA DIVISION

|  |  |
|---|---|
| **Project Honey Pot**, a dba of Unspam Technologies, Inc., )<br><br>Plaintiff, )<br><br>v. )<br><br>**John Does** Injuring PHP and its Members By Harvesting Email Addresses, Transmitting Spam, And Posting Comment Spam, )<br><br>Defendant. ) | 2007 APR 26  A 10: 53<br><br>CLERK US DISTRICT COURT ALEXANDRIA, VIRGINIA<br><br>CIVIL ACTION NUMBER<br>1: 07 cv 419 |

**MOTION FOR LIMITED AUTHORITY TO CONDUCT DISCOVERY NECESSARY TO IDENTIFY AND SERVE DEFENDANT AND NOTICE OF HEARING**

Pursuant to Federal Rule of Civil Procedure 26(d), Plaintiff Project Honey Pot, a dba of Unspam Technologies, Inc., hereby moves the Court for limited authority to conduct discovery necessary to identify and serve Defendant. Project Honey Pot has submitted a short Memorandum in support of its Motion. PLEASE TAKE NOTICE that on May 4, 2007 at 10:00 a.m., or as soon thereafter as the matter may be heard, Plaintiff Project Honey Pot, by its Counsel, will present oral argument in support of its motion for limited authority to conduct discovery necessary to identify and serve Defendant.

Dated: April 26 , 2007

Respectfully submitted,

INTERNET LAW GROUP

Jon L. Praed (VSB #40678)
4121 Wilson Boulevard, Suite 101
Arlington, Virginia  22203
(703) 243-8100

*Attorney for Plaintiff*
*Project Honey Pot*

2