UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **Project Honey Pot**, a dba of Unspam Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> **John Does** Injuring PHP and its Members By Harvesting Email Addresses, Transmitting Spam, And Posting Comment Spam, <br><br> Defendant. | CIVIL ACTION NUMBER <br><br> 1:07 CV 419 |

### ORDER

This matter having been fully briefed, and the Court being fully apprised of the facts and law in this matter, IT IS HEREBY ORDERED under Rule 26(d) that Plaintiff's Motion for Limited Authority to Conduct Discovery Necessary to Identify and Serve Defendants is HEREBY GRANTED. Project Honey Pot shall have until August 24, 2007 to conduct discovery necessary to identify and serve Defendant John Does.

/s/
Liam O'Grady
United States Magistrate Judge
United States District Court
Eastern District of Virginia

May 2, 2007