IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

PROJECT HONEY POT )
d/b/a UNSPAM TECHNOLOGIES, INC., )
　　　　　　　　　　　　　　　　　　 )
　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　 )
　　v. ) CIVIL NO. 1:07cv419
　　　　　　　　　　　　　　　　　　 )
JOHN DOES, )
　　　　　　　　　　　　　　　　　　 )
　　　　　Defendants. )
　　　　　　　　　　　　　　　　　　 )

### O R D E R

For the reasons stated from the bench, and in accord with specific rulings made at that time, it is

ORDERED that plaintiff's motion to extend time (no. 6) is GRANTED, and discovery needed to identify the defendants may be conducted through November 26, 2007.

ENTERED this 7th day of September, 2007

.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Thomas Rawles Jones, Jr.
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Alexandria, Virginia