## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| **Project Honey Pot**, a dba of Unspam Technologies, Inc., <br>     Plaintiff, <br> v. <br><br> **John Does**, <br>     Defendants. | ) <br> ) <br> ) <br> )    No. 1:07CV419 <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF MOTION AND MOTION TO EXTEND TIME TO CONDUCT DISCOVERY NECESSARY TO IDENTIFY AND SERVE DEFENDANTS, AND TO EXTEND RULE 4(M) DEADLINE TO NAME AND SERVE DEFENDANTS**

PLEASE TAKE NOTICE that on December 7, 2007 at 10:00 a.m., or as soon thereafter as the matter may be heard, Plaintiff Project Honey Pot ("PHP"), by its counsel, will present oral argument in support of its Motion to Extend Time to Conduct Discovery Necessary to Identify and Serve Defendants, and to Extend Rule 4(m) Deadline to Name and Serve Defendants. Pursuant to Federal Rules of Civil Procedure 4(m) and 26(d), PHP hereby moves the Court to extend the time to conduct discovery necessary to identify and serve, and to extend the deadline to name and serve the John Doe Defendants. PHP has submitted a short Memorandum in support of its Motion.

Dated: November 26, 2007

Respectfully submitted,

/s/
_____
Jon L. Praed
VSB #40678
Attorney for Plaintiff Project Honey Pot
Internet Law Group
4121 Wilson Boulevard, Suite 101
Arlington, Virginia  22203
Phone: (703) 243-8100
Fax: (703) 243-8162
jon.praed@i-lawgroup.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| **Project Honey Pot**, a dba of Unspam Technologies, Inc., <br> Plaintiff, <br><br> v. <br><br> **John Does**, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 1:07CV419 <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING PROJECT HONEY POT'S MOTION TO EXTEND TIME TO CONDUCT DISCOVERY AND TO EXTEND DEADLINE TO NAME AND SERVE DEFENDANTS**

This matter having been fully briefed, and the Court being fully apprised of the facts and law in this matter, it is HEREBY ORDERED that Project Honey Pot's Motion to Extend Time to Conduct Discovery Necessary to Identify and Serve Defendants, and to Extend Rule 4(m) Deadline to Name and Serve Defendants is HEREBY GRANTED.  Project Honey Pot shall have until January 28, 2008 to conduct discovery necessary to identify and serve Defendants John Does.

Date: _____, 2007                   _____
                                                 United States District Court
                                                 Eastern District of Virginia