UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **Project Honey Pot**, a dba of Unspam Technologies, Inc., <br>     Plaintiff, <br><br> v. <br><br> **John Does**, <br>     Defendants. | No. 1:07CV419 |

### [~~Proposed~~] ORDER GRANTING PROJECT HONEY POT'S MOTION TO EXTEND TIME TO CONDUCT DISCOVERY AND TO EXTEND DEADLINE TO NAME AND SERVE DEFENDANTS

This matter having been fully briefed, and the Court being fully apprised of the facts and law in this matter, it is HEREBY ORDERED that Project Honey Pot's Motion to Extend Time to Conduct Discovery Necessary to Identify and Serve Defendants, and to Extend Rule 4(m) Deadline to Name and Serve Defendants is HEREBY GRANTED. Project Honey Pot shall have until January 28, 2008 to conduct discovery necessary to identify and serve Defendants John Does.

Date: December 3, 2007

/s/Thomas Rawles Jones, Jr.
United States District Court
Eastern District of Virginia