IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PROJECT HONEY POT d/b/a/ UNSPAM TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOHN DOES, )<br>Defendant. ) | Civil Action No. 1:07cv419 |

### ORDER

It appearing to the Court that this case was filed on April 26, 2007 and the Plaintiff was given until January 28, 2008 to conduct discovery necessary to identify and serve the Defendants, it is hereby

ORDERED that the Plaintiff's within twenty (20) days from the date of this order, show cause as to why this case should not be dismissed pursuant to F.R.Civ.P. 4(m).

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
July 17, 2008