UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| **Project Honey Pot**, a dba of Unspam Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> **John Does** Injuring PHP and its Members By Harvesting Email Addresses, Transmitting Spam, And Posting Comment Spam, <br><br> Defendant. | CIV. ACTION No. <br> 1:07 CV 419 <br> (CMH/LO) |

**PROJECT HONEY POT'S DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**

Whereas, Project Honey Pot ("PHP") has elected to dismiss this civil action without prejudice, as a matter of right under F.R.C.P. Rule 41(a)(1)(i); no Defendant has been named or served; and no Answer has been filed. Therefore, PHP hereby voluntarily dismisses its Complaint without prejudice.

Dated: August 6, 2008                               Respectfully submitted,

/s/
_____

Jon L. Praed
VSB #40678
Attorney for Plaintiff Project Honey Pot
Internet Law Group
4121 Wilson Boulevard, Suite 101
Arlington, Virginia  22203
Phone: (703) 243-8100
Fax: (703) 243-8162
jon.praed@i-lawgroup.com